TENTATIVE RULING

ISSUED BY JUDGE CHRISTOPHER B. LATHAM

Debtor: RONALD DEAN & DEBORAH ANN CHANDLER.

Number: 17-07338-CL13

Hearing: 10:00 AM Wednesday, June 6, 2018

Motion: 1) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND REQUEST FOR DISMISSAL FILED BY DITECH FINANCIAL LLC (fr. 5/9/18)

2) OPPOSITION TO DEBTORS' OBJECTION TO CLAIM #2 FILED BY DITECH FINANCIAL LLC

1-2) The court has considered: (1) Ditech Financial, LLC's objection to confirmation and motion to dismiss case, and Debtors' opposition; (2) Debtors' objection to Ditech's proof of claim, and Ditech's opposition; and (3) the parties' various statements of case status. The parties are currently exchanging documentation and negotiating a resolution to both matters. They request a brief continuance to finalize those efforts. Good cause appearing, the court **continues** these matters to **July 18, 2018 at 10:00 a.m.** and excuses appearances at the June 6, 2018 hearing. The parties are **directed** to file a status report by **July 13, 2018**.