1  Cheryl L. Stengel, CLS-B (#179460)
   LAW OFFICE OF CHERYL L. STENGEL
2  110 West A Street, Suite 750
   San Diego, CA 92101
3  Telephone:  (619) 269-2126
   Facsimile:  (619) 452-3660
4  E-mail: clstengel@outlook.com

5  Counsel for Debtors

6

7

8

                    UNITED STATES BANKRUPTCY COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10
   In re                          )  Case No. 17-07338 CL13
11                                 )
   RONALD DEAN CHANDLER and        )  STIPULATION OF PARTIES RE:
12 DEBORAH ANN CHANDLER,           )  OBJECTION TO PROOF OF
                                   )  CLAIM NO. 2 OF CHALET PROPERTIES
13                                 )  III, LLC
                                   )
14                                 )  Date: March 27, 2019
                                   )  Time: 10:00 a.m.
15                                 )  Dept: Five
             Debtors.              )
16 _____ )

17       Ronald and Deborah Chandler, the debtors herein ("Debtors"),

18 and secured creditor, Chalet Properties III, LLC, c/o BSI

19 Financial Services, through their respective counsel of record,

20 hereby stipulate as follows:

21

22                             RECITALS

23       1.   On December 4, 2017, the Debtors filed their Chapter 13

24 bankruptcy petition.

25       2.   On February 2, 2018, Ditech Financial, LLC ("Ditech")

26 filed Proof of Claim No. 2 ("Claim No. 2") as a secured claim in

27 the total amount of $92,458.66.  Claim No. 2 is based on a

28 promissory note secured by a first deed of trust on the Debtors'

                               -1-

1   residence, located at 1530 Clarke Drive, El Cajon, CA 92021.

2          3.   On April 23, 2018, the Debtors filed their Objection to

3   Claim No. 2 on the basis that the Claim is overstated.  The

4   Debtors identified certain disputed charges and expenses in Claim

5   No. 2 and asserted that the Claim should be reduced by least

6   $8,411.10.  See, Docket No. 36.

7          4.   On May 23, 2018, Ditech filed its opposition to the

8   Objection to Claim, asserting that the Claim components are

9   valid.  See, Docket No. 47.  The hearing on the Objection has

10  been continued several times to allow the parties to exchange

11  documentation and discuss the issues.

12         5.   On November 9, 2018, a Notice of Transfer of Claim was

13  filed with Court, reflecting that Claim No. 2 was transferred

14  from Ditech to Chalet Properties III, LLC, c/o the loan servicer,

15  BSI Financial.

16         6.   The parties have discussed this matter and exchanged

17  information and have now reached a compromise regarding Claim No.

18  2, in full resolution of the Debtors' Objection.

19

20

21

22

23

24

25

26  \\\

27

28  \\\

1      WHEREFORE, the parties, by and through their counsel of

2  record, hereby stipulate as follows:

3      A.   Claim No. 2 is allowed as a secured claim in the

4          reduced amount of $85,946.86 for payment as provided in

5          the Debtors' Chapter 13 plan.

6      B.   The hearing on the Objection currently scheduled for

7          March 27, 2019 will be taken off-calendar.

8

9

10     IT IS SO STIPULATED:

11

12  Dated: March 3, 2019      LAW OFFICE OF CHERYL L. STENGEL

13

14                      By:  /s/ Cheryl L. Stengel
                            Cheryl L. Stengel

15                         Counsel for Debtors
                         Ronald and Deborah Chandler

16

17  Dated: March 3, 2019      ALDRIDGE PITE, LLP

18

19                      By: /s/ Raymond Jereza
                         Raymond Jereza

20                         Counsel for Creditor
                         BSI Financial, as loan

21                         servicer for
                         Chalet Properties III, LLC

22

23

24

25

26

27

28

1

PROOF OF SERVICE

2      I, Cheryl L. Stengel, hereby declare that I am over 18 years
of age, a resident of the County of San Diego, State of
3 California, and am not a party to the within proceeding, In re
Chandler, Case No. 17-07338 CL13;

4
     On March 7, 2019, I caused to be served by the U.S.
5 Bankruptcy Court via the CM/ECF Notice of Electronic Filing
("NEF"), a copy of:

6
         1.    STIPULATION OF PARTIES RE: OBJECTION TO PROOF OF CLAIM
7              NO. 2 OF CHALET PROPERTIES III, LLC

8
addressed to:

9
David Skelton, Chapter 13 Trustee
10 525 B Street, Suite 1430
San Diego, CA 92101
11 VIA NEF: admin@ch13.sdcoxmail.com; dskelton13@ecf.epiqsystems.com

12
Raymond Jeresa, Esq.
13 Aldridge Pite, LLP
4375 Jutland Dr., Ste. 200
14 San Diego, CA 92117
VIA NEF: ecfcasb@aldridgepite.com; rjereza@aldridgepite.com

15
Kelsey Luu, Esq.
16 Aldridge Pite, LLP
4375 Jutland Dr., Ste. 200
17 San Diego, CA 92117
VIA NEF: ecfcasb@aldridgepite.com

18

19
     I declare under penalty of perjury under the laws of the
20 United States that the foregoing is true and correct and that
this declaration is executed on March 7, 2019 at San Diego,
21 California.

22
                                   /s/ Cheryl L. Stengel
23                                 Cheryl L. Stengel
                                   110 West A Street, Suite 750
24                                 San Diego, CA 92101

25

26

27

28

-4-