**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Cheryl L. Stengel, CLS-B (#179460)
LAW OFFICE OF CHERYL L. STENGEL
110 West A Street, Suite 750
San Diego, CA 92101
Telephone: (619) 269-2126
E-mail: clstengel@outlook.com

Order Entered on
March 8, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

RONALD DEAN CHANDLER and
DEBORAH ANN CHANDLER,

Debtor.

BANKRUPTCY NO. 17-07338 CL13

Date of Hearing: March 27, 2019
Time of Hearing: 10:00 a.m.
Name of Judge: Hon. Christopher B. Latham

## ORDER ON

### STIPULATION OF PARTIES RE: OBJECTION TO PROOF OF CLAIM NO. 2 OF CHALET PROPERTIES III, LLC

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __77/36__.   jrm

//
//
//
//
//
//
//

DATED: March 8, 2019

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**

ORDER ON STIPULATION OF PARTIES RE: OBJECTION TO PROOF OF CLAIM NO. 2 OF CHALET PROPERTIES III, LLC
DEBTOR: RONALD DEAN CHANDLER and                                                                                    CASE NO: 17-07338 CL13    jrm
        DEBORAH ANN CHANDLER

The Court has reviewed the Stipulation of the parties, Ronald and Deborah Chandler, the debtors ("Debtors"), and Chalet Properties III, LLC, c/o BSI Financial Services, secured creditor, regarding the Debtors' Objection to Proof of Claim No. 2 held by Chalet Properties III, LLC. Based upon the parties' Stipulation and good cause appearing,

IT IS ORDERED that the Stipulation is approved on the terms set forth therein. Claim No. 2 held by Chalet Properties III, LLC is allowed as a secured claim in the reduced amount of $85,946.86 for payment as provided in the Debtors' Chapter 13 plan.

IT IS FURTHER ORDERED that the hearing on the Objection currently scheduled for March 27, 2019 will be taken off-calendar.

CSD 1001A

Signed by Judge Christopher B. Latham March 8, 2019