**Fill in this information to identify the case:**

Debtor 1 _____Ronald Dean Chandler, Jr._____

Debtor 2 _____Deborah Ann Chandler_____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of California

Case number  17-07338-CL13

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Chalet Properties III, LLC

**Court claim no**. (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account:  8  8  7  5

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No

☐ Yes.  Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify: Escrow Advances | 3/18/2019 | (11) | $ 763.03 |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2         **Notice of Postpetition Mortgage Fees, Expenses, and Charges**         page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Ronald Dean Chandler, Jr. | Case number (*if known*) | 17-07338-CL13 |
| | First Name   Middle Name   Last Name | | |

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Kristin Zilberstein
Signature

Date 08/23/2019

Print: Kristin Zilberstein
First Name   Middle Name   Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger LLP

Address: 1920 Old Tustin Ave.
Number   Street
Santa Ana    CA    92705
City    State    ZIP Code

Contact phone: (949) 427-2010

Email: bknotifications@ghidottiberger.com

---

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page **2**

**Print**    **Save As...**    **Add Attachment**    **Reset**

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
   Kristin A. Zilberstein (SBN 200041)
2  GHIDOTTI | BERGER LLP
3  1920 Old Tustin Ave.
   Santa Ana, CA 92705
4  Ph:  (949) 427-2010
   Fax: (949) 427-2732
5  kzilberstein@ghidottiberger.com
6
   Authorized Agent for Creditor
7  Chalet Properties III, LLC

8              UNITED STATES BANKRUPTCY COURT

9        SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

10

11 In Re:                              )   CASE NO.:  17-07338-CL13
                                       )
12 RONALD DEAN CHANDLER, JR.           )   CHAPTER 13
   DEBORAH ANN CHANDLER                )
13      Debtors.                       )   **CERTIFICATE OF SERVICE**
                                       )
14                                     )
                                       )
15                                     )
                                       )
16                                     )
                                       )
17                                     )
                                       )
18 _____)

19

20                    **CERTIFICATE OF SERVICE**

21
       I am employed in the County of Orange, State of California.  I am over the age of
22
   eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave.,
23
   Santa Ana, CA 92705.
24
       I am readily familiar with the business's practice for collection and processing of
25
26 correspondence for mailing with the United States Postal Service; such correspondence would

27 be deposited with the United States Postal Service the same day of deposit in the ordinary

28 course of business.

   On August 23, 2019  I served the following documents described as:

                                    1
                           CERTIFICATE OF SERVICE

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>**Ronald Dean Chandler, Jr.**<br>1530 Clarke Dr<br>El Cajon, CA 92021-3509<br><br>**Joint Debtor**<br>**Deborah Ann Chandler**<br>1530 Clark Drive<br>El Cajon, CA 92021<br><br>**Debtor's Counsel**<br>**Cheryl L. Stengel**<br>Law Office of Cheryl L. Stengel<br>110 West A Street<br>Suite 750<br>San Diego, CA 92101 | **Trustee**<br>**David L. Skelton**<br>525 B St., Suite 1430<br>San Diego, CA 92101-4507<br><br>**US Trustee**<br>**United States Trustee**<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101 |
|---|---|

  xx    (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

  _____  Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  xx  (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed on August 23, 2019 at Santa Ana, California

/*s / Evan W. Tragarz*
Evan W. Tragarz

2
CERTIFICATE OF SERVICE