| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Ronald Dean Chandler, Jr. |
| Debtor 2 (Spouse, if filing) | Deborah Ann Chandler |
| United States Bankruptcy Court for the: | Southern District of California (State) |
| Case number | 3:17-bk-07338-CL13 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Chalet Properties III, LLC

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 8875

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/_____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | 6/16/20 (2019 taxes) | (8) | $ 1760.04 |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

| Debtor 1 | Ronald Dean Chandler, Jr. | Case number (if known) 3:17-bk-07338-CL13 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✖ /s/ Erica Loftis, Esq.
Signature

Date 11/18/2020

Print: Erica Loftis
First Name  Middle Name  Last Name

Title: Authorized Agent for Secured Creditor

Company: Ghidotti Berger LLP

Address: 1920 Old Tustin Avenue
Number  Street
Santa Ana, CA 92705
City  State  ZIP Code

Contact phone (949) 427-2010

Email bknotifications@ghidottiberger.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

*CASE NO.: 3:17-bk-07338-CL13*

## CERTIFICATE OF SERVICE

On November 18, 2020, I served the foregoing document described as *Notice of Postpetition Mortgage Fees, Expenses, and Charges* on the following individuals by electronic means through the Court's ECF program:

### DEBTOR(S) COUNSEL(S)

Cheryl L. Stengel       clstengel@outlook.com

### TRUSTEE/TRUSTEE(S) COUNSEL(S)

David L. Skelton        admin@ch13.sdcoxmail.com, dskelton13@ecf.epiqsystems.com

U.S. Trustee            ustp.region15@usdoj.gov

On November 18, 2020, I served the foregoing documents described as *Notice of Postpetition Mortgage Fees, Expenses, and Charges* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, FL enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Ronald Dean Chandler, Jr.**
1530 Clarke Drive
El Cajon, CA 92021-3509

*Joint Debtor*
**Deborah Ann Chandler**
1530 Clark Drive
El Cajon, CA 92021

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker